OTTO VENINO, JR., appellant,

*v.*

AUGUST NAEGELE et al., respondents.

[Decided October 27th, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Bentley, whose opinion is reported in *99 N. J. Eq. 183.*

*Mr. J. Emil Walscheid,* for the appellant.

*Mr. Robert Carey,* for the respondents.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For reversal*—None.